## Commonwealth v. Lomax, Appellant.

Submitted March 16, 1970. *John E. Walsh, Jr.*, for appellant; *John R. Arney, Jr.*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed at No. 5, October Term, 1970.

Judgment of sentence affirmed at No. 376, October Term, 1970.